## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**ERIC BENJAMIN SAINT-LOUIS, an individual**

 **Plaintiff,**

**v.**             **Case No: 5:16-cv-408-Oc-PGBPRL**

**SHERIFF OF MARION COUNTY, BRADLEY M. BARTLETT, PAUL STERLING BLOOM, JESSE A. TERRELL and JARED SHEALY**

 **Defendants.**

_____

### ORDER

 Before the Court is the parties' motion to conduct the case management conference telephonically.  (Doc. 17).  Upon due consideration, the parties' motion is **GRANTED**.  The parties are advised that if they fail to reach an agreement on the matters telephonically, they should expect that the Court will schedule an in-person hearing to resolve any disputes.

 **DONE** and **ORDERED** in Ocala, Florida on August 16, 2016.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties